# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| EDWARD ALLEN MOORE, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:15CV597 RLW |
| CORIZON, INCORPORATED, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on its review of the record. On April 16, 2015, Defendant Corizon LLC[1] filed a Motion to Dismiss. (ECF No. 6). To date, Plaintiff has not responded to the Motion to Dismiss.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall respond to Defendant's Motion to Dismiss (ECF No. 6) no later than **Wednesday, May 20, 2015**, or the Court will rule on Defendant's unopposed Motion to Dismiss.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mail a copy of this Memorandum and Order and a copy of Defendant's Motion to Dismiss (ECF No. 6) and Memorandum in Support (ECF No. 7) to Plaintiff Edward Allen Moore, Farmington Central Center, 1012 W. Columbia Street, Farmington, MO 63640.

---

[1] Plaintiff apparently improperly named defendant as Corizon Incoprorated. *See* ECF No. 6 at 1.

˅1˅

Dated this 11th day of May, 2015.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE